In the Matter of the Application of RICHARD A. KNIGHT in Relation to an Attorney.— Motion denied. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

WARREN A. MANNING, an Infant, etc., by EDNA A. MANNING, His Guardian ad Litem, and EUGENE E. MANNING v. NEW YORK PROTESTANT EPISCOPAL CITY MISSION SOCIETY, Impleaded with DAMON K. KROH.— Motion for reargument of appeal from orders of the Supreme Court, Bronx County, entered January 22, 1942, and February 19, 1942, respectively, or to modify order of this court [ante, p. 709] entered April 10, 1942, denied, with ten dollars costs, and stay vacated. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

HARRIET CAPALDO v. JAMES R. CAPALDO, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals denied. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

THE METROPOLITAN SAVINGS BANK v. FRIEND L. TUTTLE, as Sole Surviving Executor of and Trustee, etc., of ANGELO UBRIACO, Deceased, and Others, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals granted; question certified. [See ante, p. 705.] Present — Martin, P. J., Townley, Glennon, Dore and Callahan, JJ.

In the Matter of the Arbitration Proceedings for the Determination of the Claim of ROBERT S. BYFIELD against WILLIAM DE YOUNG KAY.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of TITLE GUARANTEE AND TRUST COMPANY and Another, as Surviving Trustees, etc., of CORNELIUS J. RYAN, Deceased, and Others.— Motion for leave to appeal to the Court of Appeals granted. [See ante, p. 704.] Present — Martin, P. J., Townley, Glennon and Untermyer, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of GIOVANNI DEL DRAGO and BYRON CLARK, JR., as Executors, etc., of JOSEPHINE DEL DRAGO, Deceased.— Motion for leave to appeal to the Court of Appeals granted. [See ante, p. 718.] Settle order on notice. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

GERALD S. TRENBATH v. LIVINGSTON PLATT and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Dore and Callahan, JJ.

HENRY W. FLEXNER v. B. T. BABBITT, INC., and Others, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

THE NATIONAL BRONX BANK OF NEW YORK v. UNITED STATES FIDELITY AND GUARANTY COMPANY.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Townley, Glennon, Untermyer, Dore and Cohn, JJ.